JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN WATTS,<br><br>    Petitioner,<br>  v.<br><br>RON BARNES, Warden,<br><br>    Respondent. | Case No. CV 12-10688-MMM (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 31, 2013

_____
HONORABLE MARGARET M. MORROW
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge